Cory J. Swanson
Attorney at Law
Anderson & Baker Law
7 West 6th Ave., Suite 4M
Helena, MT 59601
W: 406-449-3118
C: 406-459-6359
F: 406-449-0667
*Attorney for Plaintiffs Recreationists*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| MONTANA WILDERNESS ASSOCIATION, et. al., | ) ) ) | CV 07-39-M-DWM |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| KATHLEEN MCALLISTER, et. al., | ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| TREASURE STATE ALLIANCE, et. al., | ) ) | |
| Defendant-Interveners. | ) ) | |
| | ) ) | CV 07-59-BLG-DWM |
| CITIZENS FOR BALANCED USE, et. al., | ) ) | |
| Plaintiffs, | ) ) | |
| | ) ) | **DECLARATION OF KENNETH ZAHN** |
| vs. | ) ) | |
| REBECCA HEATH, et. al., | ) ) ) | |

DECLARATION OF KENNETH ZAHN - 1

Defendants.         )

1. My name is Dr. Kenneth C. Zahn and I reside near Bozeman, Montana. I am currently an individual plaintiff in the consolidated case CBU v. Heath / MWA v. McAllister.

2. On October 16, 2007, I purchased 2003 Gallatin National Forest (GNF) East Half and West Half user maps at a local sporting goods store in Bozeman, Montana. The vendors had no information, advertisements, or posted notice about the existence of the new Motor Vehicle Use Map that had been published on October 8, 2007, nor did they inform me that the 2003 Gallatin National Forest maps I was purchasing were now considered out of date with respect to motor vehicle use within the Gallatin National Forest.

3. As of 10:00 am MST on October 16, 2007, the Gallatin National Forest web site, < http://www.fs.fed.us/r1/gallatin/?page=publications >, was still advertising for sale these 2003 GNF East Half and West Half visitor maps. On the web page advertising them for sale, there was no notice that they were now out of date with respect to motor vehicle use or must be used in conjunction with the new Motor Vehicle Use Maps to reflect the new Travel Plan. I personally observed the web site at that time.

4. On October 11 and October 16, 2007, I visited the Region 3 Montana Fish, Wildlife, and Parks Office in Bozeman and observed that there were no sets of the new Gallatin National Forest Motor Vehicle Use Maps available free or for sale to visitors. The 2003 GNF Visitor East Half maps were for sale, but they were temporarily out of stock of the West Half Maps. There were no notices, flyers, or FWP News Releases posted to alert visitors that new travel restrictions represented on new GNF Motor Vehicle Use Maps were now in effect. . I purchased an East Half GNF map October 11, 2007. There were no

DECLARATION OF KENNETH ZAHN - 2

instructions to me by the salesperson that the 2003 East Half map was out of date with respect to motor vehicle access within the GNF.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 16th day of October, 2007 at Bozeman, Montana.

*[signature]*
Kenneth C. Zahn, PhD
Colonel, U.S. Army (Retired)

DECLARATION OF KENNETH ZAHN - 3